UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MEDICAL EDUCATION DEVELOPMENT      :
SERVICES, INC.,                    :
                                   :
       Plaintiff,              :
                                   : 05 Civ. 8665 (GEL)
  -against-                       :
                                   : **ORDER**
REED ELSEVIER GROUP, PLC, et al.,  :
                                   :
       Defendants.             :
                                   :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       Due to the filing of both electronic and paper copies, some confusion appears to have arisen in the office of the Clerk of the Court as to whether plaintiff's amended complaint in the above-captioned matter was timely filed. In response to the confusion, plaintiff has now filed a document styled a "Motion to Reconsider the Court's Order on the Filing of Plaintiff's Amended Complaint" (Doc. # 18). The motion appears to refer not to an order, but to an administrative directive to the Clerk based on the Clerk's representation that the paper copies of the amended complaint should be rejected as untimely filed. Examination of the docket discloses that (1) the amended complaint was timely electronically filed, and duly docketed, on October 6, 2006, and (2) no order of the Court dismissing or rejecting the amended complaint was ever signed or entered on the docket.

       Accordingly, it is hereby ORDERED that:

1.     The amended complaint was appropriately filed and docketed by electronic means on October 6, 2006;

2.     In view of the apparent confusion about the filing, defendants shall have until December 11, 2006, to move or answer in response to the amended complaint;

3.     Any administrative issues regarding the filing of paper copies of the amended complaint shall be worked out between counsel and the Office of the Clerk, with the assistance of the undersigned judge's courtroom deputy; and

4.     Plaintiff's "Motion to Reconsider" (Doc. #18) is denied as moot.

SO ORDERED.

Dated: New York, New York
       November 16, 2006

_____
GERARD E. LYNCH
United States District Judge